# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **VICKI OSTENDORF**, <br><br> Plaintiff, <br><br> v. <br><br> **GRANGE INDEMNITY INSURANCE COMPANY,** <br><br> Defendant. | Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson <br><br> Case No.: 2:19-CV-01147-ALM-KAJ |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 9 U.S.C. § 16, Grange Indemnity Insurance Company hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order of the United States District Court for the Southern District of Ohio denying Defendant Grange Indemnity Insurance Company's Motion to Dismiss, or in the Alternative, Stay and Compel Appraisal (ECF No. 24) entered in this action on January 13, 2020.

Respectfully submitted,

/s/ Rodger L. Eckelberry
Mark A. Johnson (0030768)
Rodger L. Eckelberry (0071207)
Andrea C. Wiltrout (0098288)
Martina Ellerbe (0096760)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone:     614.228.1541
Facsimile:     614.462.2616
Email:     mjohnson@bakerlaw.com
             reckelberry@bakerlaw.com
             awiltrout@bakerlaw.com
             mellerbe@bakerlaw.com

*Counsel for Defendant*
*Grange Indemnity Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2020 a true and correct copy of the foregoing document was filed and served via the Court's Electronic Filing System thereby providing service upon all counsel of record:

Stuart E Scott
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114-3400
Telephone:    216-696-3232
Fax:               216-696-3924
Email: sscott@spanglaw.com

Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Ste 1205
Miami, FL 33132
Telephone:    305-479-2299
Fax:               786-623-0915
Email: ashamis@shamisgentile.com

Jeffrey M. Ostrow
Jonathan M. Streisfeld
Joshua Levine
1 W. Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Telephone:    954-525-4100
Fax:               954-525-4300
Email: ostrow@kolawyers.com
            streisfeld@kolawyers.com
            levine@kolawyers.com

*Attorneys for Plaintiff*

/s/ Rodger L. Eckelberry
BAKER & HOSTETLER LLP

*Counsel for Defendant*
*Grange Indemnity Insurance Company*